UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22510-ALTMAN/Reid

**RAYMOND T. MAHLBERG**

*Plaintiff*,

v.

**THREAD COLLECTIVE INC.**,
*agent of* Psycho Bunny,

*Defendant*.
_____/

## ORDER

The parties have filed a Notice of Settlement [ECF No. 11]. The Court hereby **ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal on or before **October 14, 2022**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 31st day of August 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record